UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                           CASE NO: 6:13-cr-26-Orl-40TBS

JOHN FRANCIS WILLIAMS

    Defendant.

## ORDER

The Government has filed a Motion in Limine to Exclude Testimony on the Defendant's Mental Condition (Doc. 178). Exhibit 3 to the motion is a report of Defendant's mental condition prepared by Michael E. Rapport, Ph.D (Doc. 178 at 9). The government is asking the Court to seal Exhibit 3 because it contains personal and medical information about Defendant (Id.). After due consideration, the United States of America's Motion to Seal (Doc. 179) is **GRANTED**. The Clerk shall **SEAL** Exhibit 3 to the Government's Motion in Limine to Exclude Testimony on the Defendant's Mental Condition (Doc. 178), until further order of Court.

**DONE** and **ORDERED** in Orlando, Florida on August 11, 2015.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Defendant John Francis Williams